IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES OLIVER GORDON,

    Petitioner,               No. CIV S-07-2348 GEB DAD P

    vs.

TRINITY COUNTY SUPERIOR COURT,

    Respondent.             <u>ORDER</u>

_____/

        On November 8, 2007, this court dismissed petitioner's application for writ of habeas corpus and granted him thirty days leave to file an amended petition. The thirty-day period expired and petitioner had not filed an amended petition. Accordingly, the undersigned issued findings and recommendations on December 26, 2007, recommending dismissal of this action.

        Petitioner has filed objections to those findings and recommendations, noting that he was transferred to a different prison and did not have access to his legal papers until recently. Petitioner has also requested an extension of time to submit his amended petition. In the interests of justice, this court will grant petitioner a final thirty-day extension of time to comply with the order filed November 8, 2007. However, the court will not vacate its findings and

/////

1

recommendations at this time.  In addition, the court will not grant any further extensions of time for this purpose.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted a final thirty day extension of time from the date of this order in which to file an amended petition; and

2. If petitioner fails comply with this order, this court will forward the December 26, 2007 findings and recommendations to the assigned district judge.

DATED: January 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gord2348.amp

2