IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES OLIVER GORDON,

    Petitioner,        No. CIV S-07-2348 GEB DAD P

  vs.

FERNANDO GONZALES, Warden,

    Respondent.        ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. On June 27, 2008, respondent filed a statement of non-opposition to dismissing this action.

    Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: July 1, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gord2348.159